IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ERIC L. DICKERSON | : | CIVIL ACTION NO. |
| --- | --- | --- |
| v. | : | |
| CYNTHIA L. LINK, et al. | : | 17-700 |

FILED
AUG 24 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

ORDER

GERALD A. MCHUGH, J.,

AND NOW, this 24th day of August, 2017, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
GERALD A. MCHUGH, J.