IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC L. DICKERSON : CIVIL ACTION NO.
:
v. :
:
CYNTHIA L. LINK, et al. : 17-700

ORDER

FILED
AUG 25 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

GERALD A. MCHUGH, J.,

AND NOW, this 25TH day of August, 2017, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
GERALD A. MCHUGH, J.